## HERBERT A. KENNISON v. LAWRENCE H. LUCKER AND ANOTHER.[1]

December 19, 1919.

No. 21,571.

**Architect's fee — findings sustained.**

Action for architect's fee for preparation of plans and specifications for a residence. Conflicting evidence. Finding in favor of plaintiff. *Held*: The finding was not clearly against the evidence. [Reporter.]

Action in the district court for Hennepin county to recover $640, and foreclose a mechanic's lien for the same. The facts are stated in the opinion. The case was tried before Fish, J., who made findings and ordered judgment in favor of plaintiff for the amount demanded, together with an attorney's fee of $100; that the amount be made a specific lien upon the premises, and that they be sold to satisfy the lien. From an order overruling their motion for amended findings and conclusions of law or for a new trial, defendants appealed. Affirmed.

*Louis A. Hubachek* and *Louis H. Joss*, for appellants.

*Hoke, Kruse & Faegre*, for respondent.

PER CURIAM.

The only question presented in this case is whether the findings of the trial court are clearly and manifestly against the evidence. We are unable to say that they are, and the order appealed from must be affirmed. Plaintiff's claim is that, at the instance and request of defendants, he prepared certain plans and specifications for a residence which they contemplated constructing in the city of Minneapolis, for which they agreed to pay him an amount equal to four per cent of the cost of construction. The defense in substance was that the plans and specifications were prepared by plain-

[1]Reported in 175 N. W. 1007.

tiff on the express understanding that defendants were to pay nothing therefor unless they were acceptable and were used; that they were not acceptable and, were not used. The court found that the defense thus alleged was not sustained by the evidence. Our conclusion is that the finding is not clearly against the evidence.

Order affirmed.